IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHARP MEXICAN PARTNERS, LP, d/b/a MANNY'S UPTOWN and SHARP MEXICAN #8, LLC d/b/a MANNY'S LAKEWOOD, | § § § § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 3:17-cv-1605-S-BN |
| REPUBLIC WASTE SERVICES OF TEXAS, LTD. d/b/a REPUBLIC SERVICES OF DALLAS & d/b/a ALLIED WASTE SERVICES OF DALLAS, | § § § § § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated July 23, 2019, the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

Accordingly, Plaintiffs' Amended Motion for Continuance of Defendant's Motion For Summary Judgment/Motion for Protection [Dkt. No. 109] is denied, Defendants' Amended Motion for Summary Judgment [Dkt. No. 101] is granted,

Plaintiffs' breach-of-contract claim is dismissed with prejudice, and Plaintiffs'

Motion to Certify Class [Dkt. No. 90] is denied as moot.

**SO ORDERED** this _14th_ day of August, 2019.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE